NO. 07-99-0164-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

AUGUST 7, 2002
_____

MICHAEL VICTOR MILLER, RALPH FIELDS NORWOOD, III
and BURGERS OF DIAMOND BAR,

Appellants

v.

HUDSON'S GRILL INTERNATIONAL, INC.,

Appellee
_____

FROM THE 101st DISTRICT COURT OF DALLAS COUNTY;

NO. 98-4455-E; HON. JOHN WHITTINGTON, PRESIDING
_____

***ORDER OF DISMISSAL***
_____

Before BOYD, C.J., QUINN and REAVIS, JJ.

Michael Victor Miller, Ralph Fields Norwood, III, and Burgers of Diamond Bar appealed a default judgment entered in favor of Hudson's Grill International, Inc. Thereafter, the appeal was abated when the court received notice that each appellant had filed for bankruptcy. Recently, counsel for appellants provided the court with evidence illustrating that Miller and Burgers of Diamond Bar received a discharge in bankruptcy

encompassing the debt represented by the aforementioned judgment. Hudson Grill International, Inc. did not dispute this. Their debt having been discharged, the appeal of Miller and Burgers of Diamond Bar is moot and, therefore dismissed. Furthermore, the cause is reinstated upon the court's docket solely to effectuate that purpose but again abated until the status of Norwood's bankruptcy can be determined.

It is so ordered.

Per Curiam

Do not publish.